**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6070**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHNNIE EDWARD BANKS, JR.,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:13-cr-00003-NKM-JCH-1)

───────────

Submitted:  April 20, 2023                    Decided:  April 25, 2023

───────────

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Johnnie Edward Banks, Jr., Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Edward Banks, Jr., appeals the district court's order granting in part his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and the court's order denying his multiple motions for reconsideration. After reviewing the record, we conclude that the district court did not abuse its discretion in determining the extent of the sentence reduction. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard). Accordingly, we affirm the district court's judgment. *United States v. Banks*, No. 3:13-cr-00003-NKM-JCH-1 (W.D. Va. Jan. 25 & Oct. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*